FREDERICK S. TAGGART, receiver of Eleder-Hickok Company, Incorporated, complainant-appellant,

*v.*

FRANKLIN-WASHINGTON TRUST COMPANY, defendant-respondent.

[Submitted May term, 1935. Decided January 9th, 1936.]

*Mr. Nicholas LaVecchia (Mr. Leo Bruck, on the brief),* for the complainant-appellant.

*Mr. Milton M. Unger,* for the defendant-respondent.

PER CURIAM.

This is an appeal from a decree of the court of chancery, dismissing a bill of complaint which sought to set aside a set-off effected by the defendant, Franklin-Washington Trust Company, against funds of Eleder-Hickok Company, Incorporated.

We have examined the proofs and find that the bill of complaint was properly dismissed.

The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.  13.

*For reversal*—None.